UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-138-TP-SEITZ

UNITED STATES OF AMERICA,

v.

JORGE LUIS CLEMENTE,
_____/

### ORDER SETTING FINAL REVOCATION HEARING

This matter is set for Final Revocation Hearing before the undersigned on **September 25, 2008, at 10:30 a.m.**

DONE AND ORDERED in Miami, Florida this 15th day of September, 2008.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
James Hampton, USPO