UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-138-TP-SEITZ

UNITED STATES OF AMERICA,

v.

JORGE LUIS CLEMENTE,
_____/

## ORDER RESETTING TIME OF FINAL REVOCATION HEARING

The Final Revocation Hearing regarding the above defendant is reset to **3:00 p.m.** on **September 25, 2008.**

DONE AND ORDERED in Miami, Florida this 17th day of September, 2008.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
U.S. Probation